**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

JIM HENRY AIKENS,                    :
                                     :
              Plaintiff              :
                                     :
       VS.                           :
                                     :
IRWIN COUNTY DETENTION               :     NO. 5:10-CV-290 (MTT)
CENTER,                              :
              Defendant              :
_____     :     **O R D E R**

     By order dated August 6, 2010, the Court directed *pro se* plaintiff **JIM HENRY AIKINS**, a federal detainee confined at the Irwin County Detention Center, to do the following by August 31, 2010: (1) file his complaint on this Court's 42 U.S.C. § 1983 form; (2) pay the $350.00 filing fee or submit a request to proceed *in forma pauperis*; and (3) provide certain information requested by the Court. As of today's date, plaintiff has failed to comply with, or respond to, the Court's order.

     In light of the foregoing, it is hereby **ORDERED** that plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE**.

     **SO ORDERED**, this 2nd day of September, 2010.


S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT


cr